B 6F (Official Form 6F) (12/07)

In re  Eric Jon V. Son_____,     Case No. _____
             Debtor                                                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ADI 51070705<br>Renaissance Imaging Medical Association - POB 190<br>Simi Valley, CA 93062 | | | 04/2013<br>Medical Bills | | x | | 1,475.00 |
| ACCOUNT NO. SD9264749<br>Rev-1 Solution, LLC.<br>517 US Highway 31N<br>Greenwood, IN 46142-3932 | | | 04/2013<br>Medical Bills<br>Re: Bowers Ambulance | | x | | 808.25 |
| ACCOUNT NO. MA 0031242720<br>Providence Holy Cross Medical Center - 150131 Rinaldi Street<br>Mission Hills, CA 91345-1207 | | | 04/2013<br>Medical Bills | | x | | 135,891.74 |
| ACCOUNT NO. #xxxxxx4248<br>Integrity Solution Services, Inc.<br>7825 Washington Ave S, Ste. 200<br>Minneapolis, MN 55439-1990 | | | re: Wells Fargo DDA<br>1/2013 | | x | | 394.77 |
| | | | | | | Subtotal▶ | $ 138,569.76 |

_____ continuation sheets attached

                                                          Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Eric Jon V. Son                              ,           Case No. _____
                    Debtor                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Acct. # 271543<br>Southern California Orthopedic Institute - 6815 Noble Avenue Van Nuys, CA 91405-3796 | | | 04/2013<br>Medical Bills | | x | | 566.00 |
| ACCOUNT NO. Acct. # 165151<br>Professional Imaging Medical Group<br>POB 25689<br>Colorado Springs, CO 809365689 | | | 04/2013<br>Medical Bills | | x | | 680.00 |
| ACCOUNT NO. Acct. # BVA65647<br>Buena Vista Anesthesia Medical Group<br>PO Box 60790<br>Pasadena, CA 91116-6970 | | | 05/2013<br>Medical Bills | | x | | 2,425.00 |
| ACCOUNT NO. Ref xxxxxxxxx4008<br>Allied Interstate LLC.<br>POB 4000<br>Warrenton, VA 20188 | | | re: JPMorgan Chase Bank, NA. Acct. ending in 1701<br>1/2013 | | x | | 747.32 |
| ACCOUNT NO. 9131452-6<br>Northridge Hospital Medical Center<br>18300 Roscoe Blvd.<br>Northridge, CA 91328 | | | 04/2013<br>Medical Bills | | x | | 53,428.00 |

Sheet no._____ of_____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 57,846.32

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

[Reset]          [Save As...]          [Print]

B 6F (Official Form 6F) (12/07)

In re  Eric Jon V. Son                              ,          Case No. _____
                     **Debtor**                                                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. 0176-5721-0001-1671<br>Alpha Recovery Corp.<br>5660 Greenwood Plaza Blvd.<br>Ste. 101<br>Greenwood, Village, CO 80111 | | | Original Creditor: Capital One Retail Card Services, Inc. | | x | | 4,538.67 |
| ACCOUNT NO. xxxxx167-0<br>Macy's<br>Bankruptcy Processing<br>POB 8053<br>Mason, OH 45040 | | | 01/2013<br>Credit Card | | x | | 796.77 |
| ACCOUNT NO. xxxxxxxxx3040<br>Wells Fargo Consumer Credit Solutions<br>P.O. Box 9210<br>Des Moines, IA 50306 | | | 03/2012<br>Credit Card | | x | | 7,436.15 |
| | | | | | Subtotal▶ | | $ 12,771.59 |
| ____ continuation sheets attached | | | | | Total▶ | | $ |
| | | | (Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | |

B 6F (Official Form 6F) (12/07) - Cont.

In re  Eric Jon V. Son                              ,          Case No. _____
                            **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. CAA 064865485<br>Interinsurance Exchange of the Automobile Club<br>PO Box 25449<br>Santa Ana, CA 92799-5449 | | | | | x | | 260.38 |
| ACCOUNT NO. 9381844752<br>Wells Fargo Dealer Services<br>POB 25341<br>Santa Ana, CA 92799 | | | 2012 Infiniti G37 | | x | | 26,970.03 |
| ACCOUNT NO. xxxxxxxxxx1701<br>United Collection Bureau, Inc.<br>5620 Southwyck Blvd. Ste. 206<br>Toledo, OH 43614 | | | Original Creditor: Washington Mutual | | x | | 907.01 |
| ACCOUNT NO. 545725384<br>The CBE Group, Inc.<br>1309 Technology Pkwy.<br>Cedar Falls, IA 50613 | | | Original Creditor: Capital One Bank (USA) | | x | | 919.10 |
| ACCOUNT NO. 337022778296<br>AT&T Mobility<br>P.O. Box 537104<br>Atlanta, GA 30353-7104 | | | | | x | | 257.61 |

Sheet no._____ of_____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 29,314.13

Total▶  $ 238,501.80
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

[ Reset ]          [ Save As... ]          [ Print ]